**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Roy Reynolds, | : | |
| Plaintiff | : | Civil Action 2:08-cv-33 |
| v. | : | Judge Marbley |
| City of Columbus, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the August 13, 2008 Order, the defendant's Motion to Strike the complaint, or, in the alternative, motion to dismiss is GRANTED. This action is hereby DISMISSED.

Date: **August 13, 2008**                    **James Bonini, Clerk**

                                             s/Betty L. Clark
                                             Betty L. Clark/Deputy Clerk